**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

EZ Rolloffs, LLC, a Minnesota limited liability company,

Plaintiff,

v.

All Haul Roll-Off Systems, Inc., a Minnesota corporation, and Michael R. Larson,

Defendants.

---

Civil No. 01-CV-56 (MJD/JGL)

**ORDER OF DISMISSAL AND INJUNCTION**

The Court having been advised by counsel that the above case has been settled, **IT IS ORDERED** that:

1. The action is hereby dismissed with prejudice, the Court reserving jurisdiction to permit any party to move to reopen the action, for good cause shown, or to seek enforcement of the settlement terms;

2. Defendants, Michael R. Larson, All Haul Roll-Off Systems, Inc. and any of its agents or affiliates, are permanently enjoined from using Plaintiff, EZ Rolloffs, LLC, family of names, including but not limited to "EZ Rolloff," "EZ Rolloffs," "Easy Rolloff," "Easy Rolloffs," "EZ Haul," "Easy Haul," "EZ Roll-Off," "Easy Roll-Off" or using the letters "EZ" in the title of any website or in any prominent fashion in any advertising through any medium, or from establishing an internet website using any of the aforementioned names or symbols.

3. Defendants are permanently enjoined from using the word "Easy" in the title of any website or in the naming of any of Defendants' products, companies, trade



F:\AGREE\DATA\LARS-ORD

FILED MAR 13 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

names, or trademarks.

4. Defendants are permanently enjoined from using any internet metatags on any internet website that Defendants sponsor which consist of but are not limited to the following: "EZ Rolloff," "EZ Rolloffs," "Easy Rolloff," "EZ Rolloffs," "EZ Haul," "Easy Haul," "EZ Roll-Off," "Easy Roll-Off" or phonetically similar variation using either the symbol "EZ" or the word "Easy."

5. By February 23, 2001, Defendants shall take all reasonable and necessary actions to cancel and cease use of the website with the internet domain name "EZRolloff.com."

Dated: 4-13, 2001

MICHAEL J. DAVIS
Judge of United States District Court